IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM TILLMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01997 DAD EFB<br><br>[PROPOSED] **ORDER RE STIPULATION TO CONTINUE PRE-TRIAL DATES** |

    Having read and considered the Stipulation to Continue Pre-Trial Dates and the Declaration of Gary S. Casselman, Good Cause appearing, the Court grants the parties' request for a 90-day continuance and continues the January 9, 2026, discovery cutoff to March 9, 2026, for the limited purpose of responding to Defendants' pending written discovery, propounding written discovery to Defendants to obtain Plaintiff's Central File, and deposing Plaintiff, to ; the January 9, 2026, deadline for a motion to amend to March 9, 2026, and the April 20, 2026, deadline for a dispositive motion to July 20, 2026.

    It is so ordered.

Dated: December 30, 2025

_____
The Honorable Edmund F. Brennan

1

[Proposed] Order re Stip. to Cont. Pretrial Dates (2:22-cv-01997 DAD EFB)